AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ANTHONY MYERS, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

THE SPEAR GROUP, INC.,
THE SPEAR GROUP, LLC,
and RAYMOND MARQUEZ

*Defendant(s)*

Civil Action No. 9:26-cv-81572-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE SPEAR GROUP, LLC
c/o CT Corporation, Reg. Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catherine A. Cullen, The Cullen Law Firm, PA
500 S. Australian Avenue, Suite 600
West Palm Beach, FL 33401
561.640,9191
mailbox@cullenlawfirm.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Nov 19, 2026

s/ K. Riles

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ANTHONY MYERS, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

THE SPEAR GROUP, INC.,
THE SPEAR GROUP, LLC,
and RAYMOND MARQUEZ

*Defendant(s)*

Civil Action No. 9:26-cv-81572-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RAYMOND MARQUEZ
2100 Coral Reef Drive
Pompano Beach, FL 33062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catherine A. Cullen, The Cullen Law Firm, PA
500 S. Australian Avenue, Suite 600
West Palm Beach, FL 33401
561.640,9191
mailbox@cullenlawfirm.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: 11/19/2026

s/ K. Riles

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court